# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00674-CR

**Reginald Ferlandus Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 79,562, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Reginald Ferlandus Jackson, acting pro se, attempts to appeal from a judgment rendered against him on January 17, 2020. We dismiss for want of jurisdiction.

Jackson was convicted of murder. He appealed the conviction, and this Court affirmed. *Jackson v. State*, No. 03-20-00085-CR, 2022 WL 257451 (Tex. App.—Austin Jan. 28, 2022, pet. ref'd) (not designated for publication). On August 19, 2025, Jackson filed a new notice of appeal in the trial court.

The standard for determining whether a Texas appellate court has jurisdiction in a criminal case "is not whether the appeal is precluded by law, but whether the appeal is authorized by law." *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012) (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008)); Tex. Const. art. V, § 6(a) (providing that courts of appeal have appellate jurisdiction "under such restrictions and

regulations as may be prescribed by law"). Jackson's attempt to appeal from a final felony conviction falls outside the scope of this appellate court's jurisdiction. *See* Tex. Code Crim. Proc. art. 11.07. Article 11.07 provides the exclusive means for Jackson to challenge his conviction for murder. *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995). An intermediate court of appeals has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *Padieu v. Court of Appeals of TX., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013).

Because we have no jurisdiction over a second appeal from Jackson's final conviction, we dismiss the appeal for want of jurisdiction.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Jurisdiction

Filed: September 23, 2025

Do Not Publish

2